# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 23-07599-FMO (DTB)**　　　　　　　　　　Date: **December 5, 2023**

Title:  **Bernard Steven Green v. Patrick Lovello, et al.**

===================================================================

**DOCKET ENTRY**

===================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　　ATTORNEYS PRESENT FOR DEFENDANT(S):

　　　　None present　　　　　　　　　　　　　None present

**PROCEEDINGS: (IN CHAMBERS)**

### Order to Show Cause Why § 2254 Petition Should Not Be Dismissed

On October 10, 2023, the Court issued an Order to Show Cause why § 2254 Petition Should not be Dismissed ("OSC"). Petitioner's response to the OSC was due on or before November 8, 2023. As of this date, Petitioner has failed to file his response. On the Court's own motion, the Court hereby grants Petitioner an extension of time up to and including December 18, 2023, within which to file a response to the OSC. Should Petitioner fail to respond to the OSC, the Court may recommend the dismissal of the Petition.

**IT IS SO ORDERED**.