UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BERNARD STEVEN GREEN, | ) | Case No. 2:23-cv-07599-FMO (DTB) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | **CONCLUSIONS AND** |
| v. | ) | **RECOMMENDATIONS OF** |
| | ) | **UNITED STATES MAGISTRATE** |
| PATRICK LOVELLO, | ) | **JUDGE** |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated:  September 30, 2024 _         _____/s/_____.
                                FERNANDO M. OLGUIN
                                United States District Judge

1