JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BERNARD STEVEN GREEN, | Case No. 2:23-cv-07599-FMO (DTB) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| PATRICK LOVELLO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: September 30, 2024          _____/s/_____
                                                          FERNANDO M. OLGUIN
                                                          United States District Judge

1